**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

THELMA WILLIAMS, JR.                                                                                       PLAINTIFF
ADC #93197

V.                                        NO: 5:09CV00005 JMM/HDY

M. FERRICHER *et al.*                                                                                   DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice. The Court certifies, pursuant to 28 U.S.C. 1915(a)(3), that an *in forma pauperis* appeal from its order and this judgment entered thereunder, would not be taken in good faith.

DATED this 15th day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE